UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| LIBERTY CORPORATE CAPITAL, | ) | |
| | ) | 3:14-CV-00562-LRH-WGC |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | <u>MINUTE ORDER</u> |
| SIERRA VIEW EQUIPMENT, INC.; | ) | |
| SYNCON HOMES; and THE SPRINGS | ) | |
| PROPERTY OWNERS ASSOCIATION; | ) | December 31, 2014 |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  <u>  NONE APPEARING  </u>    REPORTER:  <u>  NONE APPEARING  </u>

COUNSEL FOR PLAINTIFF(S):  <u>      NONE APPEARING      </u>

COUNSEL FOR DEFENDANT(S):  <u>      NONE APPEARING      </u>

**MINUTE ORDER IN CHAMBERS**:

Before the court is Plaintiff Liberty Corporate Capital and Defendant The Springs Property Owners Association's Voluntary Dismissal Without Prejudice (#13[1]), filed with the court on December 30, 2014.  Defendants Sierra View Equipment, Inc., and Syncon Homes have not appeared in this action.  Good cause appearing;

Plaintiff and Defendant The Springs Property Owners Association's Voluntary Dismissal Without Prejudice (#13) is GRANTED.  This action is **DISMISSED without prejudice**; each of the parties shall bear its own attorney's fees, litigation expenses and costs incurred in this action.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:  <u>      /s/      </u>
Deputy Clerk

---

[1] Refers to court's docket number.